

NORTH CAROLINA WESTERN
MEMORANDUM



Date: November 19, 2019
To: The Honorable Martin Reidinger
From: Robert Ferguson
Subject: Jayson Michael Gibson Destruction Order – 1:08CR79

On January 28, 2009, Jayson Michael Gibson was sentenced by The Honorable Lacy Thornburg to 40 months imprisonment after pleading guilty to two counts of Manufacturing Counterfeit Obligations or Securities, Aiding and Abetting. On March 19, 2015, you sentenced him to a ten-month term of imprisonment for violating the conditions of supervised release. On April 19, 2016, you again sentenced him to 14 months imprisonment for violating the conditions of supervised release. He is no longer on supervised release.

During a search of Mr. Gibson's residence on February 11, 2016, a cell phone was taken by our office. The phone has remained in our evidence room since that time. Our office has tried on several occasions to find a way to return this phone to Mr. Gibson with no success. He has made no attempts to have the phone returned to him. We are requesting that we be allowed to destroy the phone.

☒ Destroy

Date: <u>November 18, 2019</u>

Signed: November 19, 2019

*Martin Reidinger*
Martin Reidinger
United States District Judge